Timothy & Heather Klinger
Case No. 25-70505

| Statement of Earnings For: | Timothy Alan Klinger Jr | | | | Transsteck Inc. |
|---|---|---|---|---|---|
| Employee #: | | Division 80 | Period Begin: 11/17/2025 | Check Date: 11/28/2025 | 4303 Lewis Road |
| Clock Number: | | Department 0050 | Period End: 11/23/2025 | Pay Type: Salary | Harrisburg, PA 17111 |
| Company Id: | | Federal Filing: Married Filing | Exemptions: | Additional Tax: | |
| | | State Filing: | Exemptions: | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| | $0.00 | $1,075.00 | $935.11 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | 26.8750 | 40.00  1,075.00 | 320.00 | 8,600.00 | SOC SEC EE | 66.65 | 610.70 | | | |
| Bonus | | 0.00 | 0.00 | 1,250.00 | MED EE | 15.59 | 142.83 | | | |
| | | | | | FEDERAL WH | 12.13 | 372.04 | | | |
| | | | | | PA WH | 33.00 | 302.38 | | | |
| | | | | | ALLEGHENY TWP | 10.76 | 98.58 | | | |
| | | | | | PA SUI EE | 0.76 | 6.90 | | | |
| | | | | | ALLEGHENY TWP | 1.00 | 8.00 | | | |
| Total: | | 40.00  1,075.00 | 320.00 | 9,850.00 | Total: | 139.89 | 1,541.43 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | DISTRIBUTION OF NET PAY | |
|---|---|---|---|---|---|---|
| Vacation FT | Accrued: 0.0000 | Taken: 0.00 | Balance 120.00 | | Deposit Amount: | 935.11 |

Transsteck Inc.
4303 Lewis Road
Harrisburg, PA 17111

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/28/2025 | |

| TOTAL NET PAY |
|---|
| ********$935.11 |



**Timothy Alan Klinger Jr**
259 Huckleberry Hill Ln
West Decatur, PA 16878

NOT NEGOTIABLE

| Statement of Earnings For: | Timothy Alan Klinger Jr | | | Transteck Inc. |
|---|---|---|---|---|
| Employee #: | Division 80 | Period Begin: 11/10/2025 | Check Date: 11/21/2025 | 4303 Lewis Road |
| Clock Number: | Department 0050 | Period End: 11/16/2025 | Pay Type: Salary | Harrisburg, PA 17111 |
| Company Id: | Federal Filing: Married Filing | Exemptions: | Additional Tax: | |
| | State Filing: | Exemptions: | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| | $0.00 | $1,075.00 | $935.12 | |

### EARNINGS
*Not included in Totals    ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Salary | 26.8750 | 40.00 | 1,075.00 | 280.00 | 7,525.00 |
| Bonus | | | 0.00 | 0.00 | 1,250.00 |
| **Total:** | | 40.00 | 1,075.00 | 280.00 | 8,775.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 66.65 | 544.05 |
| MED EE | 15.59 | 127.24 |
| FEDERAL WH | 12.13 | 359.91 |
| PA WH | 33.00 | 269.38 |
| ALLEGHENY TWP | 10.76 | 87.82 |
| PA SUI EE | 0.75 | 6.14 |
| ALLEGHENY TWP | 1.00 | 7.00 |
| **Total:** | 139.88 | 1,401.54 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Vacation FT | 0.0000 | 0.00 | 120.00 |

### DISTRIBUTION OF NET PAY

Deposit Amount: 935.12

Transteck Inc.
4303 Lewis Road
Harrisburg, PA 17111

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/21/2025 | |

| TOTAL NET PAY |
|---|
| ********$935.12 |

Timothy Alan Klinger Jr
259 Huckleberry Hill Ln
West Decatur, PA 16878

**NOT NEGOTIABLE**

| Statement of Earnings For: | Timothy Alan Klinger Jr | | | | Transteck Inc. |
|---|---|---|---|---|---|
| Employee #: | Division 80 | Period Begin: 11/3/2025 | Check Date: 11/14/2025 | | 4303 Lewis Road |
| Clock Number: | Department 0050 | Period End: 11/9/2025 | Pay Type: Salary | | Harrisburg, PA 17111 |
| Company Id: | Federal Filing: Married Filing | Exemptions: | Additional Tax: | | |
| | State Filing: | Exemptions: | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| | $0.00 | $1,075.00 | $935.11 | |

### EARNINGS  *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Salary | 26.8750 | 40.00 | 1,075.00 | 240.00 | 6,450.00 |
| **Total:** | | 40.00 | 1,075.00 | 240.00 | 6,450.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 66.65 | 399.90 |
| MED EE | 15.59 | 93.53 |
| FEDERAL WH | 12.13 | 72.78 |
| PA WH | 33.00 | 198.00 |
| ALLEGHENY TWP | 10.76 | 64.56 |
| PA SUI EE | 0.76 | 4.52 |
| ALLEGHENY TWP | 1.00 | 6.00 |
| **Total:** | 139.89 | 839.29 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Vacation FT | 0.0000 | 0.00 | 120.00 |

### DISTRIBUTION OF NET PAY

Deposit Amount: 935.11

---

Transsteck Inc.
4303 Lewis Road
Harrisburg, PA 17111

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/14/2025 | |

| TOTAL NET PAY |
|---|
| ********$935.11 |

**Timothy Alan Klinger Jr**
259 Huckleberry Hill Ln
West Decatur, PA 16878

**NOT NEGOTIABLE**

| Statement of Earnings For: | Timothy Alan Klinger Jr | | | Transteck Inc. |
|---|---|---|---|---|
| Employee #: | Division: 80 | Period Begin: 10/27/2025 | Check Date: 11/7/2025 | 4303 Lewis Road |
| Clock Number: | Department: 0050 | Period End: 11/2/2025 | Pay Type: Salary | Harrisburg, PA 17111 |
| Company Id: | Federal Filing: Married Filing | Exemptions: | Additional Tax: | |
| | State Filing: | Exemptions: | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| | $0.00 | $1,075.00 | $935.12 | |

### EARNINGS  *Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Salary | 26.8750 | 40.00 | 1,075.00 | 200.00 | 5,375.00 |
| **Total:** | | 40.00 | 1,075.00 | 200.00 | 5,375.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 66.65 | 333.25 |
| MED EE | 15.59 | 77.94 |
| FEDERAL WH | 12.13 | 60.65 |
| PA WH | 33.00 | 165.00 |
| ALLEGHENY TWP | 10.76 | 53.80 |
| PA SUI EE | 0.75 | 3.76 |
| ALLEGHENY TWP | 1.00 | 5.00 |
| **Total:** | 139.88 | 699.40 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Vacation FT | 0.0000 | 0.00 | 120.00 |

### DISTRIBUTION OF NET PAY

Deposit Amount: 935.12

---

Transsteck Inc.
4303 Lewis Road
Harrisburg, PA 17111

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/7/2025 | |

| TOTAL NET PAY |
|---|
| ********$935.12 |

Timothy Alan Klinger Jr
259 Huckleberry Hill Ln
West Decatur, PA 16878

**NOT NEGOTIABLE**

| Statement of Earnings For: | Timothy Alan Klinger Jr | | | Transteck Inc. |
|---|---|---|---|---|
| Employee #: | Division 80 | Period Begin: 10/20/2025 | Check Date: 10/31/2025 | 4303 Lewis Road |
| Clock Number: | Department 0050 | Period End: 10/26/2025 | Pay Type: Salary | Harrisburg, PA 17111 |
| Company Id: | Federal Filing: Married Filing | Exemptions: | Additional Tax: | |
| | State Filing: | Exemptions: | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| | $0.00 | $1,075.00 | $935.12 | |

**EARNINGS** *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Salary | 26.8750 | 40.00 | 1,075.00 | 160.00 | 4,300.00 |
| **Total:** | | 40.00 | 1,075.00 | 160.00 | 4,300.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 66.65 | 266.60 |
| MED EE | 15.59 | 62.35 |
| FEDERAL WH | 12.13 | 48.52 |
| PA WH | 33.00 | 132.00 |
| ALLEGHENY TWP | 10.76 | 43.04 |
| PA SUI EE | 0.75 | 3.01 |
| ALLEGHENY TWP | 1.00 | 4.00 |
| **Total:** | 139.88 | 559.52 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

| Vacation FT | Accrued: 0.0000 | Taken: 0.00 | Balance 120.00 |

**DISTRIBUTION OF NET PAY**

Deposit Amount: 935.12

Transteck Inc.
4303 Lewis Road
Harrisburg, PA 17111

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/31/2025 | |

| TOTAL NET PAY |
|---|
| ********$935.12 |

Timothy Alan Klinger Jr
259 Huckleberry Hill Ln
West Decatur, PA 16878

**NOT NEGOTIABLE**

| Statement of Earnings For: | Timothy Alan Klinger Jr | | | | Transteck Inc. |
|---|---|---|---|---|---|
| Employee #: | Division | 80 | Period Begin: 10/13/2025 | Check Date: 10/24/2025 | 4303 Lewis Road |
| Clock Number: | Department | 0050 | Period End: 10/19/2025 | Pay Type: Salary | Harrisburg, PA 17111 |
| Company Id: | Federal Filing: | Married Filing | Exemptions: | Additional Tax: | |
| | State Filing: | | Exemptions: | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| | $0.00 | $1,075.00 | $935.13 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | 26.8750 | 40.00 | 1,075.00 | 120.00 | 3,225.00 | SOC SEC EE | 66.65 | 199.95 | | | |
| | | | | | | MED EE | 15.58 | 46.76 | | | |
| | | | | | | FEDERAL WH | 12.13 | 36.39 | | | |
| | | | | | | PA WH | 33.00 | 99.00 | | | |
| | | | | | | ALLEGHENY TWP | 10.76 | 32.28 | | | |
| | | | | | | PA SUI EE | 0.75 | 2.26 | | | |
| | | | | | | ALLEGHENY TWP | 1.00 | 3.00 | | | |
| Total: | | 40.00 | 1,075.00 | 120.00 | 3,225.00 | Total: | 139.87 | 419.64 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | |
|---|---|---|---|---|---|---|---|
| Vacation FT | Accrued: 0.0000 | Taken: 0.00 | Balance 120.00 | | | | Deposit Amount: 935.13 |

Transteck Inc.
4303 Lewis Road
Harrisburg, PA 17111

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/24/2025 | |

**TOTAL NET PAY**
*********$935.13



**Timothy Alan Klinger Jr**
259 Huckleberry Hill Ln
West Decatur, PA 16878

**NOT NEGOTIABLE**

| Statement of Earnings For: | Timothy Alan Klinger Jr | | | | | Transsteck Inc. | |
|---|---|---|---|---|---|---|---|
| Employee #: | | Division | 80 | Period Begin: | 10/6/2025 | Check Date: | 10/17/2025 |
| Clock Number: | | Department | 0050 | Period End: | 10/12/2025 | Pay Type: | Salary |
| Company Id: | | Federal Filing: | Married Filing | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

4303 Lewis Road
Harrisburg, PA 17111

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| | $0.00 | $1,075.00 | $935.11 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | 26.8750 | 40.00 | 1,075.00 | 80.00 | 2,150.00 | SOC SEC EE | 66.65 | 133.30 | | | |
| | | | | | | MED EE | 15.59 | 31.18 | | | |
| | | | | | | FEDERAL WH | 12.13 | 24.26 | | | |
| | | | | | | PA WH | 33.00 | 66.00 | | | |
| | | | | | | ALLEGHENY TWP | 10.76 | 21.52 | | | |
| | | | | | | PA SUI EE | 0.76 | 1.51 | | | |
| | | | | | | ALLEGHENY TWP | 1.00 | 2.00 | | | |
| **Total:** | | 40.00 | 1,075.00 | 80.00 | 2,150.00 | **Total:** | 139.89 | 279.77 | **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

| Vacation FT | Accrued: 0.0000 | Taken: 0.00 | Balance 120.00 |
|---|---|---|---|

**DISTRIBUTION OF NET PAY**

Deposit Amount: 935.11

Transsteck Inc.
4303 Lewis Road
Harrisburg, PA 17111

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/17/2025 | |

| TOTAL NET PAY |
|---|
| ********$935.11 |



**Timothy Alan Klinger Jr**
259 Huckleberry Hill Ln
West Decatur, PA 16878

**NOT NEGOTIABLE**

JUSTICEWORKS YOUTHCARE INC
1500 ARDMORE BLVD
STE 410
PITTSBURGH PA 15221

HEATHER RACHEL KLINGER
DEPARTMENT:
DD RECEIPT:
EMPLOYEE ID:


Paycor
A Paychex Company

FEIN: 25-1840371
Pay Period   11/09/2025 - 11/22/2025
Pay Date     11/28/2025

FITWH   Filing Status: M
PA      Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 74.8167 | 1,500.00 | 282.2834 | 6,000.00 |
| HOL | | | | 2.00 | |
| ‡Mileage | | | 776.30 | | 1,185.10 |
| OT1.5 | 28.125 | 1.4167 | 39.84 | 5.1834 | 145.78 |
| ST | | | | 2.00 | 37.50 |
| Total | | 76.2334 | $2,316.14 | 291.4668 | $7,368.38 |
| Total Hours Worked | | 76.2334 | | 289.4668 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 29.45 | 120.68 |
| MED | 22.33 | 89.66 |
| SOC | 95.47 | 383.36 |
| PA | 47.27 | 189.82 |
| PAEUC | 1.08 | 4.33 |
| PACLH | 15.40 | 61.83 |
| PACLHL | 2.00 | 8.00 |
| Total | $213.00 | $857.68 |

Net Pay                    $2,103.14

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

JUSTICEWORKS YOUTHCARE INC
1500 ARDMORE BLVD
STE 410
PITTSBURGH PA 15221

Direct Deposit #
Date    11/28/2025

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **                    VOID ** VOID **

Pay to the
Order of

HEATHER RACHEL KLINGER
259 HUCKLEBERRY HILL LN
WEST DECATUR PA 16878

DIRECT DEPOSIT $2,103.14
TO ACCOUNT #
BANK #

NON-NEGOTIABLE

JUSTICEWORKS YOUTHCARE INC
1500 ARDMORE BLVD
STE 410
PITTSBURGH PA 15221

HEATHER RACHEL KLINGER
DEPARTMENT:
DD RECEIPT:
EMPLOYEE ID:



FEIN: 25-1840371
Pay Period  10/26/2025 - 11/08/2025
Pay Date    11/14/2025

FITWH   Filing Status: M
PA      Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary |  | 69.9167 | 1,500.00 | 207.4667 | 4,500.00 |
| HOL |  | 2.00 |  | 2.00 |  |
| ‡Mileage |  |  | 242.90 |  | 408.80 |
| OT1.5 | 28.125 | 3.7667 | 105.94 | 3.7667 | 105.94 |
| ST | 18.75 | 2.00 | 37.50 | 2.00 | 37.50 |
| Total |  | 77.6834 | $1,886.34 | 215.2334 | $5,052.24 |
| Total Hours Worked |  | 75.6834 |  | 213.2334 |  |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 41.89 | 91.23 |
| MED | 23.83 | 67.33 |
| SOC | 101.89 | 287.89 |
| PA | 50.45 | 142.55 |
| PAEUC | 1.15 | 3.25 |
| PACLH | 16.43 | 46.43 |
| PACLHL | 2.00 | 6.00 |
| Total | $237.64 | $644.68 |
| Net Pay |  | $1,648.70 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

JUSTICEWORKS YOUTHCARE INC
1500 ARDMORE BLVD
STE 410
PITTSBURGH PA 15221

Direct Deposit #
Date   11/14/2025

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **

DIRECT DEPOSIT $1,648.70
TO ACCOUNT #
BANK #

Pay to the
Order of

HEATHER RACHEL KLINGER
259 HUCKLEBERRY HILL LN
WEST DECATUR PA 16878

NON-NEGOTIABLE

JUSTICEWORKS YOUTHCARE INC
1500 ARDMORE BLVD
STE 410
PITTSBURGH PA 15221

HEATHER RACHEL KLINGER
DEPARTMENT:
DD RECEIPT:
EMPLOYEE ID:


Paycor
A Paychex Company

FEIN: 25-1840371
Pay Period  10/12/2025 - 10/25/2025
Pay Date    10/31/2025

FITWH  Filing Status: M
PA     Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 69.3333 | 1,500.00 | 137.55 | 3,000.00 |
| ‡Mileage | | | 165.90 | | 165.90 |
| Total | | 69.3333 | $1,665.90 | 137.55 | $3,165.90 |
| Total Hours Worked | | 69.3333 | | 137.55 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 24.67 | 49.34 |
| MED | 21.75 | 43.50 |
| SOC | 93.00 | 186.00 |
| PA | 46.05 | 92.10 |
| PAEUC | 1.05 | 2.10 |
| PACLH | 15.00 | 30.00 |
| PACLHL | 2.00 | 4.00 |
| Total | $203.52 | $407.04 |

Net Pay                    $1,462.38

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

JUSTICEWORKS YOUTHCARE INC
1500 ARDMORE BLVD
STE 410
PITTSBURGH PA 15221

Direct Deposit #
Date    10/31/2025

Pay this Amount
** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **            VOID ** VOID **



Pay to the
Order of

HEATHER RACHEL KLINGER
259 HUCKLEBERRY HILL LN
WEST DECATUR PA 16878

DIRECT DEPOSIT $1,462.38
TO ACCOUNT #
BANK #

NON-NEGOTIABLE

| | | |
|---|---|---|
| JUSTICEWORKS YOUTHCARE INC<br>1500 ARDMORE BLVD<br>STE 410<br>PITTSBURGH PA 15221 | HEATHER RACHEL KLINGER<br>DEPARTMENT:<br>DD RECEIPT:<br>EMPLOYEE ID: |  Paycor<br>A Paychex Company |

FEIN: 25-1840371
Pay Period  09/28/2025 - 10/11/2025
Pay Date   10/17/2025

FITWH   Filing Status: M
PA      Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | 68.2167 | 1,500.00 | 68.2167 | 1,500.00 |
| Total | | 68.2167 | $1,500.00 | 68.2167 | $1,500.00 |
| Total Hours Worked | | 68.2167 | | 68.2167 | |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 24.67 | 24.67 |
| MED | 21.75 | 21.75 |
| SOC | 93.00 | 93.00 |
| PA | 46.05 | 46.05 |
| PAEUC | 1.05 | 1.05 |
| PACLH | 15.00 | 15.00 |
| PACLHL | 2.00 | 2.00 |
| Total | $203.52 | $203.52 |

| Net Pay | | $1,296.48 |
|---|---|---|

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

JUSTICEWORKS YOUTHCARE INC
1500 ARDMORE BLVD
STE 410
PITTSBURGH PA 15221

Direct Deposit #
Date   10/17/2025

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **



Pay to the
Order of

HEATHER RACHEL KLINGER
259 HUCKLEBERRY HILL LN
WEST DECATUR PA 16878

DIRECT DEPOSIT $1,296.48
TO ACCOUNT #
BANK #

NON-NEGOTIABLE