# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Timothy A. Klinger, Jr. and** | : | **Case No. 25-70505-JAD** |
| **Heather R. Klinger,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Docket No. 25** |
| **Timothy A. Klinger, Jr. and** | : | |
| **Heather R. Klinger,** | : | |
| **Movants** | : | |
| | : | |
| vs. | : | |
| | : | |
| **American First Finance,** | : | |
| **Bureau of Account Management,** | : | |
| **Capital One,** | : | |
| **Connexus Credit Union,** | : | |
| **Credit Collection,** | : | |
| **Credit Management Company,** | : | |
| **Discover Financial,** | : | |
| **First Collect,** | : | |
| **Internal Revenue Service,** | : | |
| **Lendmark Financial Services,** | : | |
| **LVNV Funding,** | : | |
| **Midland Credit Management,** | : | |
| **Mohela,** | : | |
| **PayTomorrow,** | : | |
| **Penn State Federal Credit Union,** | : | |
| **Portfolio Recovery Associates, LLC,** | : | |
| **Rocket Mortgage,** | : | |
| **Synchrony Bank/Care Credit,** | : | |
| **Synchrony Bank/Sams Club,** | : | |
| **Respondents** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO EXTEND AUTOMATIC STAY BEYOND THIRTY DAYS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend Automatic Stay Beyond Thirty Days filed on December 3, 2025, has been received.

1

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Extend Automatic Stay Beyond Thirty Days appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Extend Automatic Stay Beyond Thirty Days were to be filed and served no later than December 22, 2025.

It is hereby respectfully requested that the Order attached to the Motion to Extend Automatic Stay Beyond Thirty Days be entered by the Court.

Dated: December 23, 2025                /s/ Kenneth P. Seitz, Esquire
                                        Kenneth P. Seitz, Esquire
                                        PA I.D. #81666
                                        Law Offices of Kenny P. Seitz
                                        P.O. Box 211
                                        Ligonier, PA 15658
                                        (814) 536-7470
                                        Attorney for Debtors