# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 25-70505-JAD
Timothy A. Klinger, Jr. and :
Heather R. Klinger, : Chapter 13
        Debtors :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 23rd day of December, 2025, a true and correct copy of the Order dated December 22, 2025, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail U.S. Postage paid on the Parties below:

    JUSTICE WORKS YOUTH CARE
    1500 ARDMORE BOULEVARD, SUITE 410
    PITTSBURGH, PA 15221

    TIMOTHY A. KLINGER, JR.
    HEATHER R. KLINGER
    259 HUCKLEBERRY HILL LANE
    WEST DECATUR, PA 16878

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

                                                                        Respectfully submitted,

Executed on: <u>December 23, 2025</u>    /s/ Jessica L. Tighe
                                                                                   Jessica L. Tighe; Legal Asst.
                                                                                   Law Offices of Kenny P. Seitz
                                                                                   P. O. Box 211
                                                                                   Ligonier, PA  15658
                                                                                  (814) 536-7470