# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Case No. 25-70505-JAD |
| Timothy A. Klinger, Jr. and : | |
| Heather R. Klinger, : | Chapter 13 |
| Debtors : | |
| : | |
| Timothy A. Klinger, Jr. and : | |
| Heather R. Klinger, : | |
| Movants : | |
| vs. : | |
| : | |
| American First Finance, : | |
| Bureau of Account Management, : | |
| Capital One, : | |
| Connexus Credit Union, : | |
| Credit Collection, : | |
| Credit Management Company, : | |
| Discover Financial, : | |
| First Collect, : | |
| Internal Revenue Service, : | |
| Lendmark Financial Services, : | |
| LVNV Funding, : | |
| Midland Credit Management, : | |
| Mohela, : | |
| PayTomorrow, : | |
| Penn State Federal Credit Union, : | |
| Portfolio Recovery Associates, LLC, : | |
| Rocket Mortgage, : | |
| Synchrony Bank/Care Credit, : | |
| Synchrony Bank/Sams Club, : | |
| Respondents : | |
| : | |
| and : | |
| : | |
| Ronda J. Winnecour, Esquire : | |
| Chapter 13 Trustee, : | |
| Additional Respondent : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify that I am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be served, on the 5th day of January, 2026, a true and correct copy of the Order dated December 30, 2025, approving the Motion to Extend Automatic Stay Beyond Thirty Days, by First-Class Mail U.S. Postage paid on all Parties on the Court's Mailing Matrix.

                                                                                       Respectfully submitted,

Executed on: <u>January 5, 2026</u>        /s/ <u>Jessica L. Tighe</u>
                                                                                      Jessica L. Tighe; Legal Asst.
                                                                                      Law Offices of Kenny P. Seitz
                                                                                      P. O. Box 211
                                                                                       Ligonier, PA  15658
                                                                                       (814) 536-7470

_____

*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing         U.S. Bankruptcy Court                American First Finance
0315-7                                  5414 U.S. Steel Tower                Attn: Bankruptcy
Case 25-70505                           600 Grant Street                     Po Box 565848
WESTERN DISTRICT OF PENNSYLVANIA        Pittsburgh, PA 15219-2703            Dallas, TX 75356-5848
Johnstown
Wed Dec  3 08:24:24 EST 2025

Bureau of Account Managment             Capital One                          Connexus Credit Union
Attn: Bankruptcy                        Attn: Bankruptcy                     Attn: Bankruptcy
3607 Rosemont Ave, Ste 502, Pob 8875    Po Box 30285                         Po Box 8026
Camp Hill, PA 17001-8875                Salt Lake City, UT 84130-0285        Wausau, WI 54402-8026


Credit Coll                             Credit Management Company            Discover Financial
Attn: Bankruptcy                        Attn: Bankruptcy                     Attn: Bankruptcy
725 Canton Street                       661 Anderson Dr, Ste 110             Po Box 3025
Norwood, MA 02062-2679                  Pittsburgh, PA 15220-2700            New Albany, OH 43054-3025


(p)FIRSTCOLLECT  INC                    Internal Revenue Service             (p)LENDMARK FINANCIAL SERVICES
ATTN FIRSTCOLLECT INC                   Centralized Insolvency Operation     2118 USHER ST
P O BOX 102                             P.O. Box 7346                        COVINGTON GA 30014-2434
LEWES DE 19958-0102                     Philadelphia, PA 19101-7346


Lvnv Funding/Resurgent Capital          (p)MOHELA                            Midland Credit Mgmt
Attn: Bankruptcy                        CLAIMS DEPARTMENT                    Attn: Bankruptcy
Po Box 10497                            633 SPIRIT DRIVE                     Po Box 939069
Greenville, SC 29603-0497               CHESTERFIELD MO 63005-1243           San Diego, CA 92193-9069


Miller, Kistler & Campbell              Office of the United States Trustee  PayTomorrow
Attn: Michael S. Levandoski, Esquire    1000 Liberty Avenue                  Attn: Bankruptcy
720 South Atherton Street, Suite 201    Suite 1316                           9920 Kincey Avenue #190
State College, PA 16801-4669            Pittsburgh, PA 15222-4013            Huntersville, NC 28078-2428


Penn State Fcu                          Penn State Federal Credit Union      (p)PORTFOLIO RECOVERY ASSOCIATES LLC
123 Amberleigh Lane                     123 Amberleigh Lane                  PO BOX 41067
Bellefonte, PA 16823-8488               Bellefonte, PA 16823-8488            NORFOLK VA 23541-1067


Rocket Mortgage                         Synchrony Bank/Care Credit           Synchrony Bank/Sams Club
Attn: Bankruptcy                        Attn: Bankruptcy                     Attn: Bankruptcy
1050 Woodward Avenue                    Po Box 965060                        Po Box 965060
Detroit, MI 48226-3573                  Orlando, FL 32896-5060               Orlando, FL 32896-5060


Heather R Klinger                       Kenneth P. Seitz                     Timothy A Klinger Jr.
259 Huckleberry Hill Lane               Law Offices of Kenny P. Seitz        259 Huckleberry Hill Lane
West Decatur, PA 16878-8745             P.O. Box 211                         West Decatur, PA 16878-8745
                                        Ligonier, PA 15658-0211
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| First Collect | Lendmark Financial Ser | MOHELA |
|---|---|---|
| Attn: Bankruptcy Dept | 2118 Usher St. | Attn: Bankruptcy |
| Po Box 102 | Covington, GA 30014 | 633 Spirit Dr |
| Lewes, DE 19958 | | Chestefiled, MO 63005 |

| (d)Mohela | Portfolio Recovery Associates, LLC | End of Label Matrix | |
|---|---|---|---|
| Attn: Bankruptcy | Attn: Bankruptcy | Mailable recipients | 26 |
| 633 Spirit Drive | 120 Corporate Boulevard | Bypassed recipients | 0 |
| Chesterfield, MO 63005 | Norfolk, VA 23502 | Total | 26 |