# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 25-70505-JAD |
| Timothy A. Klinger, Jr. and : | |
| Heather R. Klinger, : | Chapter 13 |
| Debtors : | |
| : | |
| Timothy A. Klinger, Jr. and : | |
| Heather R. Klinger, : | |
| Movants : | |
| v. : | |
| Rocket Mortgage : | |
| f/k/a Quicken Loans, : | |
| Respondent : | |
| : | |
| Ronda J. Winnecour, Esquire, : | |
| Chapter 13 Trustee, : | |
| Additional Respondent : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Loss Mitigation Order dated February 17, 2026, on the parties at the addresses on the attached matrix by first class mail.

Date: <u>February 18, 2026</u>     /s/ Jessica L. Tighe
                                    Jessica L. Tighe; Legal Asst.
                                    Law Offices of Kenny P. Seitz
                                    P.O. Box 211
                                    Ligonier, PA 15658
                                    Tel: 814.536-7470
                                    Fax: 814.536-9924

**MATRIX OF PARTIES SERVED**

KML Law Group, P.C.
Attn: Matthew Fissel, Esquire
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Rocket Mortgage
Attn: Loss Mitigation
635 Woodward Avenue
Detroit, MI 48226

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219
** served electronically **

Office of the United States Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222

Timothy A. Klinger, Jr.
Heather R. Klinger
259 Huckleberry Hill Lane
West Decatur, PA 16878