**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/17/26 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 25-70505-JAD |
| Timothy A. Klinger, Jr. and : | |
| Heather R. Klinger, : | **Chapter 13** |
| Debtors : | |
| : | **Docket No.** |
| Timothy A. Klinger, Jr. and : | |
| Heather R. Klinger, : | **Related to Docket No. 34** |
| Movants : | |
| v. : | |
| Rocket Mortgage : | |
| f/k/a Quicken Loans, : | |
| Respondent : | |
| : | |
| Ronda J. Winnecour, Esquire, : | |
| Chapter 13 Trustee, : | |
| Additional Respondent : | |

<u>**LOSS MITIGATION ORDER**</u>

A ***Motion for Loss Mitigation*** was filed by *Debtors* on January 30, 2026.  The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this  17th   day of February , 20  26  , it is hereby ***ORDERED*** that:

(1)    The following parties are directed to participate in the Court's ***Loss Mitigation Program*** (**LMP**) as set forth in *W.PA.LBR 9020-1* through *9020-7*.

Debtor: Timothy A. Klinger, Jr. and Heather R. Klinger

Creditor: Rocket Mortgage f/k/a Quicken Loans

(2)    ***During the Loss Mitigation Period***, the Debtors shall make (or cause to be made) adequate protection payments in the amount of $ 1,850.08 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)    ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)    ***Within fourteen (14) days of the debtors' submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)    ***Within sixty (60) days from the entry of this Order***, the Debtors shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)      ***One hundred twenty (120) days from the entry of this Order,*** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)      ***Within seven (7) days of the termination of the Loss Mitigation Period***, the Debtors shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)      Debtors shall ***immediately*** serve a copy of this Order on Creditor and file a certificate of service evidencing same.

jsf
_____
Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 25-70505-JAD

Timothy A. Klinger, Jr.                                                             Chapter 13

Heather R. Klinger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: auto                          Page 1 of 2
Date Rcvd: Feb 17, 2026                       Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy A. Klinger, Jr., Heather R. Klinger, 259 Huckleberry Hill Lane, West Decatur, PA 16878-8745 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Heather R. Klinger thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Timothy A. Klinger  Jr. thedebterasers@aol.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7                    User: auto                                    Page 2 of 2
Date Rcvd: Feb 17, 2026                 Form ID: pdf900                          Total Noticed: 1

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 6