**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 25-70505-JAD** |
| **Timothy A. Klinger, Jr. and** | : | |
| **Heather R. Klinger,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | |
| **Timothy A. Klinger, Jr. and** | : | |
| **Heather R. Klinger,** | : | |
| **Movants** | : | |
| **v.** | : | |
| **Rocket Mortgage** | : | |
| **f/k/a Quicken Loans,** | : | |
| **Respondent** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

**CERTIFICATE OF SERVICE**

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify

I am over the age of eighteen years old and certify under penalty of perjury that I electronically

served the Interim Mortgage Modification Order dated May 18, 2026, on the Chapter 13 Trustee

at the following e-mail address: LMP@chapter13trusteewdpa.com.


Date: <u>May 19, 2026</u>                    /s/ Jessica L. Tighe _____
                                                         Jessica L. Tighe; Legal Assistant
                                                         Law Offices of Kenny P. Seitz
                                                         P.O. Box 211
                                                         Ligonier, PA 15658
                                                         Tel: 814.536-7470
                                                         Fax: 814.536-9924