**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 25-70505-JAD** |
| **Timothy A. Klinger, Jr. and** | : | |
| **Heather R. Klinger,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | |
| **Timothy A. Klinger, Jr. and** | : | |
| **Heather R. Klinger,** | : | |
| **Movants** | : | |
| **v.** | : | |
| **Rocket Mortgage** | : | |
| **f/k/a Quicken Loans,** | : | |
| **Respondent** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

**CERTIFICATE OF SERVICE**

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify

I am over the age of eighteen years old and certify under penalty of perjury that I served the

Interim Mortgage Modification Order dated May 18, 2026, on the parties at the addresses on the

attached matrix by first class mail.


Date: <u>May 19, 2026</u>                          /s/ Jessica L. Tighe
                                                Jessica L. Tighe; Legal Asst.
                                                Law Offices of Kenny P. Seitz
                                                P.O. Box 211
                                                Ligonier, PA 15658
                                                Tel: 814.536-7470
                                                Fax: 814.536-9924

1

**MATRIX OF PARTIES SERVED**

KML Law Group, P.C.
Attn: Matthew Fissel, Esquire
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Mr. Cooper/Nationstar
Attn: Kristi Berry
8950 Cypress Waters Blvd
Coppell, TX 75019

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219
** served electronically **

Office of the United States Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222

Timothy A. Klinger, Jr.
Heather R. Klinger
259 Huckleberry Hill Lane
West Decatur, PA 16878