**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **Case No. 25-70505-JAD** |
| **Timothy A. Klinger, Jr. and** | : |
| **Heather R. Klinger,** | : **Chapter 13** |
| **Debtors** | : |
| | : |

**CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of May, 2026, a true and correct copy of the Order dated May 18, 2026, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail U.S. Postage paid on the Parties below:

> JUSTICE WORKS YOUTH CARE
> 1500 ARDMORE BOULEVARD, SUITE 410
> PITTSBURGH, PA 15221
>
> TIMOTHY A. KLINGER, JR.
> HEATHER R. KLINGER
> 259 HUCKLEBERRY HILL LANE
> WEST DECATUR, PA 16878
>
> Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: <u>May 19, 2026</u>

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470