**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **Case No. 25-70505-JAD** |
| **Timothy A. Klinger, Jr. and** | : |
| **Heather R. Klinger,** | : **Chapter 13** |
| **Debtors** | : |
| | : |

**CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of May, 2026, a true and correct copy of the Order dated May 18, 2026, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail U.S. Postage paid on the Parties below:

TRANSTECK, INC.
4303 LEWIS ROAD
HARRISBURG, PA

TIMOTHY A. KLINGER, JR.
HEATHER R. KLINGER
259 HUCKLEBERRY HILL LANE
WEST DECATUR, PA 16878

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: <u>May 19, 2026</u>

<u>/s/ Jessica L. Tighe</u>
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470