**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | Case No. 25-70505-JAD |
| Timothy A. Klinger, Jr. and : | |
| Heather R. Klinger, : | Chapter 13 |
| Debtors : | |
| : | Docket No. 48 |
| Heather R. Klinger, : | |
| Movant : | Filed Under Local Bankruptcy |
| : | Rule 9013.4 Para. 6(c) |
| vs. : | |
| : | |
| Justice Works Youth Care : | |
| 1500 Ardmore Boulevard, Suite 410 : | |
| Pittsburgh, PA 15221 : | |
| Respondent : | |
| and : | |
| : | |
| Ronda J. Winnecour, Esquire, : | |
| Chapter 13 Trustee, : | |
| Additional Respondent : | |
| : | |
| Social Security No. xxx-xx-0871 : | |

FILED
5/18/26 10:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER TERMINATING PAYROLL DEDUCTION**

Upon representation of the above-named Debtor(s), having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with Justice Works Youth Care, 1500 Ardmore Boulevard, Suite 410, Pittsburgh, PA 15221 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this __18th__ day of __May__, 2026.

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 25-70505-JAD

Timothy A. Klinger, Jr.                                                          Chapter 13

Heather R. Klinger

　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: auto                                    Page 1 of 2

Date Rcvd: May 18, 2026                   Form ID: pdf900                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol　　　　　Definition**

+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

**Recip ID　　　　　　　Recipient Name and Address**
db/jdb　　　　　　　+ Timothy A. Klinger, Jr., Heather R. Klinger, 259 Huckleberry Hill Lane, West Decatur, PA 16878-8745

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026                          Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

**Name　　　　　　　　　Email Address**

Kenneth P. Seitz

　　　　on behalf of Debtor Timothy A. Klinger  Jr. thedebterasers@aol.com

Kenneth P. Seitz

　　　　on behalf of Joint Debtor Heather R. Klinger thedebterasers@aol.com

Matthew Fissel

　　　　on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

　　　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

　　　　cmecf@chapter13trusteewdpa.com

District/off: 0315-7                          User: auto                              Page 2 of 2
Date Rcvd: May 18, 2026                       Form ID: pdf900                         Total Noticed: 1
TOTAL: 5