**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 25-70505-JAD** |
| **Timothy A. Klinger, Jr. and** | : | |
| **Heather R. Klinger,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | |
| **Timothy A. Klinger, Jr. and** | : | |
| **Heather R. Klinger,** | : | |
| **Movants** | : | |
| **v.** | : | **Related to Docket No. 68** |
| **Mr. Cooper/Nationstar,** | : | |
| **Respondent** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

# “EXHIBIT A”

# Currently Viewing:

Borrower Name: Klinger, Timothy
Property Address: 259 Huckleberry Hill Lane West Decatur, PA 16878
Servicer Name: Mr. Cooper / Nationstar / Rocket Mortgage
Loan Number: xxxxxx5898

## Full History

| Date | Activity By | Action Taken |
|---|---|---|
| 02/18/2026 02:21:05 PM ET | Attorney | File Submitted |

File Submitted by Jessica Tighe.
The following documents were submitted:
Klinger (Loan #xxxxxx5898) - HAMP Request for Mortgage Assistance (RMA) (Added 02-18-2026)
Klinger (Loan #xxxxxx5898) - Uniform Borrower Assistance Form (Added 02-18-2026)
Klinger (Loan #xxxxxx5898) - Mortgage Assistance Application Form 710 (Added 02-18-2026)
Klinger (Loan #xxxxxx5898) - Financial Statement (Added 02-18-2026)
Klinger (Loan #xxxxxx5898) - Hardship Letter (Added 02-18-2026)
Klinger (Loan #xxxxxx5898) - IRS Form 4506-C (Added 02-18-2026)
Klinger (Loan #xxxxxx5898) - Dodd-Frank Certification (Added 02-18-2026)
Klinger (Loan #xxxxxx5898) - Quicken Loans Application (Added 02-18-2026)
Klinger (Loan #xxxxxx5898) - Borrower Income (Wages) - Paystubs Showing Most Recent 30 days' Earnings (Added 02-18-2026)
Klinger (Loan #xxxxxx5898) - Co-Borrower Income (Wages) - Paystubs Showing Most Recent 30 days' Earnings (Added 02-18-2026)
Klinger (Loan #xxxxxx5898) - Most Recent 2 Months Bank Statements (Added 02-18-2026)
Klinger (Loan #xxxxxx5898) - Proof of Occupancy (Added 02-18-2026)
Klinger (Loan #xxxxxx5898) - Proof of Occupancy 2 (Added 02-18-2026)
Klinger (Loan #xxxxxx5898) - Loss Mitigation Order (Added 02-18-2026)

| Date | Activity By | Action Taken |
|---|---|---|
| 02/19/2026 10:27:20 AM ET | Servicer | File Opened |

File Opened by Mike Jagitsch

| Date | Activity By | Action Taken |
| --- | --- | --- |
| 03/11/2026 01:04:16 PM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Subject:** RE: File Opened
**Message:**
Just wanted to check in to see if any additional documents were needed or if the package has been deemed completed? Thank you.

| Date | Activity By | Action Taken |
| --- | --- | --- |
| 03/17/2026 01:59:45 PM ET | Servicer | Message Sent |

**From:** Amanda Tennant (Servicer)
**Subject:** RE: File Opened
**Message:**
Hello Jessica,

Thank you for your inquiry, I'm currently researching this now and will follow back up.

| Date | Activity By | Action Taken |
| --- | --- | --- |
| 03/17/2026 02:26:30 PM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Subject:** RE: File Opened
**Message:**
Thank you for the update.

| Date | Activity By | Action Taken |
|---|---|---|
| 04/13/2026 09:02:22 AM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Message:**
We previously requested a status update that we were advised was being researched. We received notice by mail that the request was denied due to not receiving required documents. We have not received any request for additional information as of today's date. Please advise what documents are required so they may be provided. Thank you.

| Date | Activity By | Action Taken |
|---|---|---|
| 04/13/2026 09:13:55 AM ET | Servicer | Message Sent |

**From:** Amanda Tennant (Servicer)
**Subject:** RE: Message Sent
**Message:**

Good morning, thank you for reaching out. I've attached the incomplete letter outlining what documents are needed.

thank you.

**Attached Files:**
Klinger (Loan #xxxxxx5898) - xxxxxx5898 Missing Doc letter (1).pdf (Added 04-13-2026)

| Date | Activity By | Action Taken |
|---|---|---|
| 04/13/2026 09:23:53 AM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Subject:** RE: Message Sent
**Message:**
Can you please provide the affordability questionnaire? I do not believe we previously received that document.

| Date | Activity By | Action Taken |
| --- | --- | --- |
| 04/13/2026 09:38:12 AM ET | Servicer | Message Sent |

**From:** Amanda Tennant (Servicer)
**Subject:** RE: Message Sent
**Message:**
I've requested a copy of this and will send it over once it's available.

| Date | Activity By | Action Taken |
| --- | --- | --- |
| 04/16/2026 12:29:56 PM ET | Servicer | Servicer Transfer |

**Servicer Transferred by:** Amanda Tennant.
**Details:** Amanda Tennant transferred submission from **Quicken Loans Inc.** to **Mr. Cooper / Nationstar**.
**Reason:** loan has been migrated to mr cooper portal.
**Attached Files:**

| Date | Activity By | Action Taken |
| --- | --- | --- |
| 04/16/2026 12:29:58 PM ET | Servicer | File Resubmitted |

Amanda Tennant resubmitted file for review:
**Reason:** Amanda Tennant transferred submission from **Quicken Loans Inc.** to **Mr. Cooper / Nationstar**.
**Message:** loan has been migrated to mr cooper portal
**Attached Files:**

| Date | Activity By | Action Taken |
| --- | --- | --- |
| 04/16/2026 02:24:48 PM ET | Servicer | File Opened |

File Opened by Kristi Berry

| Date | Activity By | Action Taken |
|---|---|---|
| 04/16/2026 02:31:49 PM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Message:**
Hello,

I will be taking over this file. We will need the following questions answered for the affordibiliy review.

Is the property currently owner occupied by the clients Heather R and Timothy A Klinger?

Do the clients intend to keep the property

Can the clients afford the current monthly payment or do they require a lower monthly payment?

Do the clients have an HOA? If yes is it current? If not current how much is owed to the HOA?

Once i receive these answers I will submit them for the review.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 04/16/2026 03:23:39 PM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Subject:** RE: Message Sent
**Message:**
The property is owner occupied.

The clients do intend to keep the property.

The clients would need a lower payment for more affordability.

No HOA

Please let me know if you will need anything further, thank you.

| Date | Activity By | Action Taken |
|---|---|---|
| 04/17/2026 11:41:52 AM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Message Sent
**Message:**
Hello,

I have placed the file into review for a modification. Once there is an update I will let you know. If you have any questions please let me know.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 04/17/2026 11:47:10 AM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Subject:** RE: Message Sent
**Message:**
Thank you for the update!

| Date | Activity By | Action Taken |
|---|---|---|
| 04/20/2026 10:27:34 AM ET | Attorney | Status Report Created |

Jessica Tighe created Status Report

Download Status Report

| Date | Activity By | Action Taken |
|---|---|---|
| 05/05/2026 01:03:07 PM ET | Servicer | Docs Complete Notice |

**File Completed by:** Kristi Berry.
**Message:**

| Date | Activity By | Action Taken |
|---|---|---|
| 05/05/2026 01:25:15 PM ET | Servicer | Decision Reported |

Decision reported by Kristi Berry.
**Message:** Approved:
Hello,

The file has been approved for a trial. The trial is 6/1-8/1 in the amount of 1816.91. Once the trial letter is generated a copy will be mailed out and I will also upload a copy to the portal.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 05/05/2026 01:31:57 PM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Subject:** RE: Decision Reported - Approved
**Message:**
Kristi:
Will the trial documents need to be signed by Mr. & Mrs. Klinger? Mrs. Klinger has an appointment with our office tomorrow for another matter and we can review this with her as well. Just want to inform her if there will be a signature requirement. Thanks!

| Date | Activity By | Action Taken |
|---|---|---|
| 05/13/2026 08:08:51 AM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Message:**
Just checking in on the status of the Trial Period documents? Thank you.

| Date | Activity By | Action Taken |
| --- | --- | --- |
| 05/13/2026 09:35:03 AM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Message Sent
**Message:**
Hello,

I apologize for the delay it was just imaged into my system.

Thank you,

**Attached Files:**
Klinger (Loan #xxxxxx5898) - xxxxxx5898-klinger.pdf (Added 05-13-2026)

| Date | Activity By | Action Taken |
| --- | --- | --- |
| 05/13/2026 11:30:59 AM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Subject:** RE: Message Sent
**Message:**
No problem. We will review with Mr. & Mrs. Klinger and if they do wish to accept, will return the signed document and file the Interim Mortgage Modification Order with the Bankruptcy Court.

| Date | Activity By | Action Taken |
| --- | --- | --- |
| 05/15/2026 11:09:27 AM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Message:**
Hi Kristi:

Mr. & Mrs. Klinger has accepted the trial period; attached is a copy of the signed signature page. We are filing the Interim Mortgage Modification Order today and once the Order is granted; we will provide a copy. Thanks!

**Attached Files:**
Klinger (Loan #xxxxxx5898) - Signature Page (Added 05-15-2026)

| Date | Activity By | Action Taken |
|---|---|---|
| 05/19/2026 09:10:22 AM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Subject:** Interim Mortgage Modification Order
**Message:**
Hi Kristi:

Attached please find the Interim Mortgage Modification Order regarding the trial period.

**Attached Files:**
Klinger (Loan #xxxxxx5898) - Interim Mortgage Modification Order (Added 05-19-2026)

| Date | Activity By | Action Taken |
|---|---|---|
| 06/04/2026 11:58:45 AM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Interim Mortgage Modification Order
**Message:**
Hello,

This is a reminder of the first trial for 6/1.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 06/04/2026 01:03:47 PM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Subject:** RE: Interim Mortgage Modification Order
**Message:**
Hi Kristy:

The payment is being made by the Chapter 13 Trustee. In reviewing the payment history, it does not appear the payment was sent with the May disbursement so it should be sent with the June disbursement.

| Date | Activity By | Action Taken |
|---|---|---|
| 06/15/2026 01:43:52 PM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Interim Mortgage Modification Order
**Message:**
Hello,

Do you have the date the trustee sends payments so that I can notate the file?

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 06/16/2026 08:12:29 AM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Subject:** RE: Interim Mortgage Modification Order
**Message:**
The Chapter 13 Trustee sends payments between the 24th-26th of every month depending on where the dates fall.

| Date | Activity By | Action Taken |
|---|---|---|
| 07/01/2026 11:51:14 AM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Interim Mortgage Modification Order
**Message:**
Hello,

We received the first trial payment.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 07/01/2026 01:01:41 PM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Subject:** RE: Interim Mortgage Modification Order
**Message:**
Thanks Kristi!

| Date | Activity By | Action Taken |
|---|---|---|
| 07/23/2026 01:09:36 PM ET | Attorney | Message Sent |

**From:** Jessica Tighe (Borrower Attorney)
**Message:**
After July 31st, I will no longer be with the office and there will be a new assistant that will take over for me. If there is anything you feel you will need from me before that date, please let me know. Thank you.

| Date | Activity By | Action Taken |
|---|---|---|
| 08/03/2026 01:18:29 PM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: Message Sent
**Message:**
Hello,

We havent received the second trial payment from the trustee yet.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 08/03/2026 04:24:16 PM ET | Attorney | Message Sent |

**From:** Kenny Seitz (Borrower Attorney)
**Subject:** RE: trustee payment
**Message:**
Good afternoon,

My name is Vicki Seitz the new loan mitigation support specialist taking the place of Jessica who is no longer with our firm.

Please be advised the trustee issued a check to Rocket MortgageLLC FKA QuickenLoans LLC. Check #1365273 on July 28, 2026 in the amount of $2881.80. Please be advised that the Western District Chapter 13 trustee issues checks only once a month on or about the 25 th.

Thank you,

Vicki Seitz

| Date | Activity By | Action Taken |
|---|---|---|
| 08/04/2026 01:22:50 PM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: trustee payment
**Message:**
Hello,

Thank you for the confirmation. Once we receive that payment I will update the portal.

Thank you,

| Date | Activity By | Action Taken |
|---|---|---|
| 08/05/2026 03:04:30 PM ET | Servicer | Message Sent |

**From:** Kristi Berry (Servicer)
**Subject:** RE: trustee payment
**Message:**
Hello,

We received the second trial payment today.

Thank you,

© Stretto 2026