**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 25-70505-JAD** |
| **Timothy A. Klinger, Jr. and** | : | |
| **Heather R. Klinger,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Docket No.** |
| **Timothy A. Klinger, Jr. and** | : | |
| **Heather R. Klinger,** | : | |
| **Movants** | : | |
| **v.** | : | **Related to Docket No. 68** |
| **Rocket Mortgage** | : | |
| **f/k/a Quicken Loans,** | : | |
| **Respondent** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

**ORDER**

A *Loss Mitigation Order* dated January 30, 2026, was entered in the above matter at Document No. 34. On **July 15, 2026**, a ***Motion to Extend the Loss Mitigation Period*** was filed by the Debtors, Timothy A. Klinger, Jr. and Heather R. Klinger at Document No.68.

***AND NOW***, this________day of__________________________, 20___, it is hereby ***ORDERED, ADJUDGED AND DECREED*** that the loss mitigation period is ***extended up to and including __________, 20 ____.***

______________________________
Jeffery A. Deller
United States Bankruptcy Judge