**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **Case No. 25-70505-JAD** |
| **Timothy A. Klinger and** | : |
| **Heather R. Klinger,** | : **Chapter 13** |
| **Debtors** | : |
| | : |

**CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Samantha L. Horton, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 26th day of August, 2026, a true and correct copy of the Order dated August 25, 2026, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail U.S. Postage paid on the Parties below:

TRANSTECK, INC.
4303 LEWIS ROAD
HARRISBURG, PA 17111

TIMOTHY A. KLINGER, JR.
HEATHER R. KLINGER
259 HUCKLEBERRY HILL LANE
WEST DECATUR, PA 16878

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: August 26, 2026

/s/ Samantha L. Horton
Samantha L. Horton; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA 15658
(814) 536-7470