**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 25-70505-JAD** |
| **Timothy A. Klinger, Jr. and** | : | |
| **Heather R. Klinger,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | |
| **Timothy A. Klinger, Jr. and** | : | |
| **Heather R. Klinger,** | : | |
| **Movants** | : | |
| **v.** | : | |
| **Rocket Mortgage** | : | |
| **f/k/a Quicken Loans,** | : | |
| **Respondent** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

**CERTIFICATE OF SERVICE**

I, Samantha L. Horton, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Order dated August 25, 2026, approving the Motion to Extend the Loss Mitigation Period, on the parties at the addresses on the attached matrix by first class mail.

Date: August 26, 2026

/s/ Samantha L. Horton

Samantha L. Horton; Legal Assistant
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536-7470
Fax: 814.536-9924

**MATRIX OF PARTIES SERVED**

KML Law Group, P.C.
Attn: Matthew Fissel, Esquire
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Mr.Cooper/Nationstar
Attn: Kristi Berry
8950 Cypress Waters Blvd
Coppell, TX 75019

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219
** served electronically **

Office of the United States Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222

Timothy A. Klinger, Jr.
Heather R. Klinger
259 Huckleberry Hill Lane
West Decatur, PA 16878