**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 25-70505-JAD** |
| **Timothy A. Klinger, Jr. and** | : | |
| **Heather R. Klinger,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Docket No.** |
| **Timothy A. Klinger, Jr. and** | : | |
| **Heather R. Klinger,** | : | |
| **Movants** | : | |
| **v.** | : | **Related to Docket No. 36** |
| **Mr. Cooper/Nationstar,** | : | |
| **Respondent** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

**ORDER**

A *Loss Mitigation Order* dated February 17, 2026, was entered in the above matter at Document No. 34. On October 26, 2026, a ***Motion to Extend the Loss Mitigation Period*** was filed by the Debtors, Timothy A. Klinger, Jr. and Heather R. Klinger at Document No._______.

***AND NOW***, this________day of__________________________, 20___, it is hereby ***ORDERED, ADJUDGED AND DECREED*** that the loss mitigation period is ***extended up to and including***

***___________________________, 2026.***

__________________________________
Jeffery A. Deller
United States Bankruptcy Judge